IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DEE YOUNG,

    Petitioner,                   No. CIV S-06-2873 WBS EFB P

    vs.

SCOTT KERNAN,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed *in forma pauperis*. Examination of the supporting affidavit reveals that petitioner is unable to afford the costs of this action. Accordingly, the request is granted. 28 U.S.C. § 1915(a).

        The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. *See* Rule 2(c), Rules Governing § 2254 Cases.

        Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form. Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information.

1

1     Petitioner has requested that the court appoint counsel. There currently exists no
2 absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d
3 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if
4 the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing
5 Section 2254 Cases. The court does not find that the interests of justice would be served by the
6 appointment of counsel at this stage of the proceedings.

7     In accordance with the above, IT IS HEREBY ORDERED that:

8     1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend
9 within thirty days from the date of this order;

10     2. Any amended petition must be filed on the form employed by this court and must state
11 all claims and prayers for relief on the form. It must bear the case number assigned to this action
12 and must bear the title "Amended Petition"; and

13     3. The Clerk of the Court is directed to send petitioner the form for habeas corpus
14 application.

15     4. Petitioner's December 21, 2006, request for appointment of counsel is denied without
16 prejudice.

17 DATED: January 17, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE