IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DEE YOUNG,

    Petitioner,              No. CIV S-06-2873 WBS EFB P

    vs.

SCOTT KERNAN,

    Respondent.        ORDER
_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 6, 2007, petitioner requested an extension of time to file an amended petition for writ of habeas corpus pursuant to the court's order filed January 17, 2007. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's February 6, 2007, application is granted and petitioner has 30 days from the date this order is served to file an amended petition for writ of habeas corpus.

Dated: February 22, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE