IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DEE YOUNG,

        Petitioner,                   No. CIV S-06-2873 WBS EFB P

     vs.

SCOTT KERNAN,

        Respondent.             ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 6, 2007, petitioner requested an extension of time to file an amended petition. *See* Fed. R. Civ. P. 6(b). On March 20, petitioner filed an amended complaint. Good cause appearing, petitioner's request is granted and his amended petition is deemed timely filed.

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's March 6, 2007 request for an extension of time in which to file an amended petition is granted;

2. Petitioner's March 20, 2007, amended petition is deemed timely filed; and

3. Petitioner's March 20, 2007, request for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: April 10, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE