IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD LEE YOUNG,

    Petitioner,               No. CIV S-06-2873 WBS EFB P

vs.

SCOTT KERNAN,

    Respondent.           ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 15, 2008, petitioner requested an extension of time to file and serve an opposition to respondent's December 31, 2007, motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's January 15, 2008, request for extension of time is granted and petitioner has 60 days from the date this order is served to file and serve his opposition.

DATED: March 6, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE