IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DEE YOUNG,

    Petitioner,                                  No. CIV S-06-2873 WBS EFB P

    vs.

SCOTT KERNAN,

    Respondent.                              ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 15, 2008, petitioner requested a 60-day extension of time to file an opposition to respondent's motion to dismiss. The court granted petitioner's request on March 6, 2008. On April 21, 2008, petitioner requested a second extension of time to file his opposition. *See* Fed. R. Civ. P. 6(b).

        Good cause appearing, it is ORDERED that petitioner's April 21, 2008, request is granted and petitioner has an additional 30 days from the date this order is served to file and serve an opposition to the motion to dismiss. In light of the lengthy extension previously granted, the court does not intend to grant petitioner any further extensions of time for this purpose.

Dated: April 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE